USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09 DEC 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL FREIDUS, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS BANK PLC, et al., <br><br> Defendants. | Civil Action No. 1:09-cv-01989-PAC <br><br> <u>CLASS ACTION</u> |
| LARRY MORRISON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS BANK PLC, et al., <br><br> Defendants. | Civil Action No. 1:09-cv-02326-PAC <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

**[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| JEFFREY LEFCOURT, on Behalf of Himself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC, et al.,<br><br>           Defendants. | Civil Action No. 1:09-cv-02668-PAC<br><br>**CLASS ACTION** |
| BEVERLY PELLEGRINI, on Behalf of Herself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC, et al.,<br><br>           Defendants. | Civil Action No. 1:09-cv-03608-PAC<br><br>**CLASS ACTION** |
| ALFRED FAIT on Behalf of Himself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC, et al.,<br><br>           Defendants. | Civil Action No. 1:09-cv-03949-PAC<br><br>**CLASS ACTION** |

Having considered the Motion of Marshall Freidus ("Freidus"), Stewart Thompson and Sharon Thompson, Trustees for the S.O. Thompson Rev. Trust and the S.G. Thompson Rev. Trust (collectively "Thompson") and Dora L. Mahboubi ("Mahboubi") for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, and the Memorandum of Law and Declaration of David A. Rosenfeld in support thereof, and good cause appearing therefor:

1. Pursuant to Fed. R. Civ. P. 42(a), the above-captioned actions, and any subsequently filed or transferred actions on behalf of purchasers of securities issued by Barclays Bank Plc related to the claims asserted in these actions, are consolidated for all purposes;

2. This action shall be captioned "<u>In re Barclays Bank Plc Securities Litigation</u>" and the file shall be maintained under Master File No. 09-CV-01989-PAC;

3. Freidus, Thompson and Mahboubi are hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933 (15 U.S.C. § 77z-1(a)(3)(B));

4. Coughlin Stoia Geller Rudman & Robbins LLP and Barroway Topaz Kessler Meltzer & Check, LLP are hereby approved as Lead Counsel;

5. Lead Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead Counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead Counsel shall be responsible for communications with the

Court. Lead Counsel shall maintain a master service list of all parties and counsel. Defendants' counsel may rely upon agreements made with Lead Counsel. Such agreements shall be binding on all plaintiffs; and

6. Pursuant to the Court's April 9, 2009, Order (Docket # 2), within forty-five (45) days after entry of the instant Order, Lead Plaintiff shall file and serve a consolidated complaint (the "Consolidated Complaint"). Defendants' responses (by motion, answer or otherwise) to the Consolidated Complaint shall be due forty-five (45) days after service of the Consolidated Complaint. If any of the defendants respond to the Consolidated Complaint by motion, Lead Plaintiff's opposition to such motion shall be due forty-five (45) days after service of the motion, and the moving defendants' reply papers shall be due thirty (30) days after service of the opposition.

7. The Clerk of Court shall close: 09cv2326; 09cv2668; 09cv3608; 09cv3949.

IT IS SO ORDERED.

DATED: December 9, 2009

THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Fax: (631) 367-1173

2

and

ANDREW J. BROWN
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

BARROWAY TOPAZ KESSLER
 MELTZER & CHECK, LLP
RAMZI ABADOU
ERIK D. PETERSON
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001

*Lead Counsel for Plaintiffs*