UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re BARCLAYS BANK PLC SECURITIES  :
LITIGATION                          :  Master File No. 1:09-cv-01989 (PAC)
                                    :
This Document Relates To:           :  **THE BARCLAYS DEFENDANTS'**
                                    :  **NOTICE OF MOTION TO DISMISS**
     ALL ACTIONS                    :  **THE CONSOLIDATED AMENDED**
                                    :  **COMPLAINT**
                                    :
                                    :  **(ORAL ARGUMENT REQUESTED)**
                                    :
------------------------------------------------------------- x

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated April 19, 2010, and the accompanying Declaration of Christopher A. Perrin, dated April 19, 2010, with attached exhibits, defendants Barclays Bank PLC, Barclays PLC, Marcus Agius, Matthew William Barrett, David Booth, Sir Richard Broadbent, Richard Leigh Clifford, Fulvio Conti, Daniel Cronje, Dame Sandra J.N. Dawson, Robert Edward Diamond, Jr., Gary Hoffman, Naguib Kheraj, Sir Andrew Likierman, Christopher Lucas, Sir Nigel Rudd, Stephen George Russell, Frederik Seegers, John Michael Sunderland and John Silvester Varley (collectively, the "Barclays Defendants") will move this Court before the Honorable Paul A. Crotty, on a date and at such time as the Court may order, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, for an order dismissing the Consolidated Amended Complaint in this action, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim, for lack of standing and as barred by the statute of limitations.

-2-

Pursuant to the Stipulation and Order entered on March 16, 2010, Lead Plaintiffs' opposition papers shall be served on undersigned counsel on or before June 7, 2010, and Defendants' reply is due on or before July 9, 2010.  Oral argument is requested.

Dated: New York, New York
       April 19, 2010

                          Respectfully submitted,

                          /s/  David H. Braff
                          David H. Braff
                          Michael T. Tomaino, Jr.
                          Christopher A. Perrin
                          SULLIVAN & CROMWELL LLP
                          125 Broad Street
                          New York, New York 10004
                          Telephone: (212) 558-4000
                          Facsimile: (212) 558-3588

                          *Counsel for the Barclays Defendants*