DOC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 JUN 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
In re BARCLAYS BANK PLC SECURITIES : Master File No. 1:09-cv-01989-PAC
LITIGATION :
 : CLASS ACTION
——————————————————— :
 :
This Document Relates To: :
 :
 ALL ACTIONS. :
 :
——————————————————— x

NOTICE OF APPEAL

Notice is hereby given that lead plaintiffs in the above-captioned case (Marshall Freidus, Dora L. Mahboubi, and Stewart Thompson and Sharon Thompson, Trustees for the S.O. Thompson Rev. Trust and S.G. Thompson Rev. Trust), and named plaintiffs (Dennis Askelson, Alfred Fait and Martin Ettin), on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from: (a) the order dismissing the Consolidated Amended Complaint (entered January 5, 2011); (b) the Judgment (entered January 7, 2011); and (c) the order denying both reconsideration of the January 5, 2011 dismissal and leave to file a proposed Second Consolidated Amended Complaint (entered May 31, 2011).

DATED: June 27, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
MARK SOLOMON
ANDREW J. BROWN
LUCAS F. OLTS
ERIC I. NIEHAUS
CHRISTOPHER D. STEWART

/s/ Andrew J. Brown /by JDD w/ permission
ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
andrewb@rgrdlaw.com
loltz@rgrdlaw.com
ericn@rgrdlaw.com
cstewart@rgrdlaw.com

- 1 -

633736_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
MATTHEW L. MUSTOKOFF
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU
ERIK D. PETERSON
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: 415/400-3000
415/400-3001 (fax)

Co-Lead Counsel for Plaintiffs

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on June 27, 2011, declarant served the NOTICE OF APPEAL by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2011, at San Diego, California.

                                                                      LELA FULCHER

633736_1

**Counsel For Defendant(s)**

Jay B. Kasner
Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
  212/735-3000
  212/735-2000(Fax)

David H. Braff
Michael T. Tomaino, Jr.
Christopher A. Perrin
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
  212/558-4000
  212/558-3588(Fax)

**Counsel For Plaintiff(s)**

Ramzi Abadou
Erik D. Peterson
Kessler Topaz Meltzer & Check, LLP
580 California Street, Suite 1750
San Francisco, CA  94104
  415/400-3000
  415/400-3001(Fax)

Matthew L. Mustokoff
Joshua E. D'Ancona
Kessler Topazr Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056(Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173(Fax)

Darren J. Robbins
Mark Solomon
Lucas F. Olts
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423(Fax)