USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 27, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re BARCLAYS BANK PLC SECURITIES : Master File No. 1:09-cv-01989-PAC
LITIGATION :
: CLASS ACTION
---------------------------------------- :
:
This Document Relates To: :
:
ALL ACTIONS. :
---------------------------------------- x

NOTICE OF VOLUNTARY DISMISSAL

878320_1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs hereby dismiss with prejudice all claims asserted in the above-captioned action against defendants A.G. Edwards & Sons, Inc., BNP Paribas Securities Corp., Goldman, Sachs & Co., KeyBanc Capital Markets, SunTrust Capital Markets, Inc. and Wells Fargo Securities LLC. No opposing party has filed either an answer or a motion for summary judgment.

DATED: September 25, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
MARK SOLOMON
ANDREW J. BROWN
LUCAS F. OLTS
ERIC I. NIEHAUS
CHRISTOPHER D. STEWART

s/ Andrew J. Brown
ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
andrewb@rgrdlaw.com
lolts@rgrdlaw.com
ericn@rgrdlaw.com
cstewart@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

- 1 -

878320_1

KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: 415/400-3000
415/400-3001 (fax)
rabadou@ktmc.com

Co-Lead Counsel for Plaintiffs


SO ORDERED: 9-27-13

_____
U.S.D.J.