USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE BARCLAYS BANK PLC SECURITIES LITIGATION

This Document Relates to:
    ALL ACTIONS.

---

Master File No. 09-CV-01989-PAC

CLASS ACTION

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on September 16, 2013, Plaintiffs filed a Second Consolidated Amended Complaint in the above-captioned action (the "Second Amended Complaint"); and

WHEREAS, the parties have agreed, without waiver of any defense other than a defense as to sufficiency of service of process, subject to the approval of the Court, to extend Defendants' time to respond to the Second Amended Complaint (by answer, motion, or otherwise).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, subject to the approval of the Court, as follows:

1. Defendants shall have until November 4, 2013 to answer, move or otherwise respond to the Second Amended Complaint.

Dated: October 7, 2013

KESSLER TOPAZ MELTZER & CHECK, LLP

*/s/ Ramzi Abadou*

Ramzi Abadou, admitted *pro hac vice*
One Sansome Street
Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
rabadou@ktmc.com

*Co-Lead Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN & DOWD LLP

Darren J. Robbins
Mark Solomon
Andrew J. Brown
Lucas F. Olts
Eric I. Niehaus
Christopher D. Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
karrenr@grdlaw.com
marks@rgrdlaw.com
andrewb@rgrdlaw.com
lolts@grdlaw.com
ericn@rgrdlaw.com
cstewart@rgrdlaw.com

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
58 South Service Rd., Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| Dated: October 7, 2013 | **SULLIVAN & CROMWELL LLP**<br><br>_____<br>David H. Braff<br>Michael T. Tomaino, Jr.<br>M. David Possick<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4705<br>Facsimile: (212) 558-3333<br>braffd@sullcrom.com<br>tomainom@sullcrom.com<br>possickmd@sullcrom.com<br><br>*Counsel for Defendants Barclays Bank PLC, Barclays PLC, Marcus Agius, Matthew William Barrett, David G. Booth, Sir Richard Broadbent, Richard Leigh Clifford, Fulvio Conti, Daniel Cronje, Dame Sandra J.N. Dawson, Robert Edward Diamond, Jr., Gary A. Hoffman, Naguib Kheraj, Sir Andrew Likierman, Dr. Christopher Lucas, Sir Nigel Rudd, Stephen George Russell, Frederik Seegers, John Michael Sunderland and John Silvester Varley* |
| Dated: October 7, 2013 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>_____<br>Jay B. Kasner<br>Scott D. Musoff<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>jay.kasner@skadden.com<br>scott.musoff@skadden.com<br><br>*Counsel for Defendants Barclays Capital Securities Limited, Citigroup Global Markets Inc., Wachovia Capital Markets, LLC, Morgan Stanley & Co., UBS Securities LLC, RBC Dain Rauscher Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* |

**SO ORDERED:**

_____ 10-8-13
Paul A. Crotty, USDJ