UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re BARCLAYS BANK PLC SECURITIES : Master File No. 1:09-cv-01989-PAC
LITIGATION :
 : CLASS ACTION
———————————————————— :
 :
This Document Relates To: :
 :
    ALL ACTIONS. :
 :
———————————————————— x

DECLARATION OF CHRISTOPHER D. STEWART IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

I, CHRISTOPHER D. STEWART, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, co-counsel of record for Lead Plaintiffs in the above-entitled action. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt of the Prospectus Supplement filed by Barclays Bank Plc with the U.S. Securities and Exchange Commission on or about April 8, 2008;

3. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Robbins Geller Rudman & Dowd LLP;

4. Attached hereto as Exhibit C is a true and correct copy of the firm resume of Kessler Topaz Meltzer & Check, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of March, 2015, at San Diego, California.

                                                s/ CHRISTOPHER D. STEWART
                                                CHRISTOPHER D. STEWART

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2015.

    s/ CHRISTOPHER D. STEWART
    CHRISTOPHER D. STEWART

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-8498
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail: cstewart@rgrdlaw.com

# Mailing Information for a Case 1:09-cv-01989-PAC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Harold Braff**
  braffd@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,susanw@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Joshua E. D'Ancona**
  jdancona@ktmc.com,dpotts@ktmc.com,dmaytorena@ktmc.com

- **Joshua John Fritsch**
  fritschj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Scott D. Musoff**
  smusoff@skadden.com,aviva.nusbaum@skadden.com

- **Jonathan F. Neumann**
  jneumann@ktmc.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sharan Nirmul**
  snirmul@ktmc.com,dpotts@ktmc.com,dmaytorena@ktmc.com,jenck@ktmc.com,mswift@ktmc.com,jneumann@ktmc.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Margaret E. Onasch**
  monasch@ktmc.com,dpotts@ktmc.com,mswift@ktmc.com

- **Russell David Paul**
  rpaul@bm.net,lbauer@bm.net

- **Menachem David Possick**
  possickmd@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael Thomas Tomaino , Jr**
  tomainom@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com,katzmand@sulllcrom.com

- **Andrew L Zivitz**
  azivitz@ktmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine           J. Kowalewski
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

David               C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West  Broadway
Suite  1900
San Diego, CA 92101
```