# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Andrew J. Brown
andrewb@rgrdlaw.com

August 4, 2015

<u>VIA ECF</u>

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

    Re: *In re Barclays Bank PLC Securities Litigation*, No. 1:09-cv-01989-PAC, Revised Scheduling Order

Dear Judge Crotty:

    We represent plaintiffs in the above-captioned securities litigation. We write to request that the Court extend, by 60 days, the deadlines in the existing Civil Case Management Plan and Scheduling Order (Dkt. No. 97), which the Court entered on October 21, 2014. The purpose of the requested extension is to allow plaintiffs additional time to take depositions of fact witnesses. Pursuant to the Court's Scheduling Order, the current deadline for fact discovery is September 18, 2015. The parties have met and conferred, and defendants have agreed not to oppose the requested extension. The parties have not made any previous requests for extensions.

    Accordingly, plaintiffs request that the Court approve the attached Revised Scheduling Order, which provides that all fact discovery shall be completed by November 17, 2015, and reflects a 60-day extension of all other remaining deadlines. The parties agree that, unless the Court orders otherwise, a status conference at this time is unnecessary.

Respectfully submitted,

/s/ Andrew J. Brown

ANDREW J. BROWN

AJB:cac

Attachment

cc:     All Counsel

1060386_1