UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ———————————————— x | | |
| In re BARCLAYS BANK PLC SECURITIES LITIGATION | : | Master File No. 1:09-cv-01989-PAC |
| | : | |
| ———————————————— | : | <u>CLASS ACTION</u> |
| | : | |
| This Document Relates To: | : | |
| | : | |
| ALL ACTIONS. | : | |
| ———————————————— x | | |

NOTICE OF APPEAL

1318178_1

Notice is hereby given that named plaintiff and class representative in the above-captioned case (Dennis Askelson), on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from: (a) the order (i) granting summary judgment and (ii) denying plaintiff's motion to exclude the expert opinions of Allan W. Kleidon, Ph.D. (entered September 13, 2017) (Dkt. No. 258); and (b) the Judgment (entered September 14, 2017) (Dkt. No. 259).

DATED:  October 12, 2017                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            DARREN J. ROBBINS
                                            ANDREW J. BROWN
                                            LUCAS F. OLTS
                                            ERIC I. NIEHAUS
                                            CHRISTOPHER D. STEWART
                                            KEVIN S. SCIARANI


                                                    s/ ANDREW J. BROWN
                                                    ANDREW J. BROWN

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)
                                            darrenr@rgrdlaw.com
                                            andrewb@rgrdlaw.com
                                            lolts@rgrdlaw.com
                                            ericn@rgrdlaw.com
                                            cstewart@rgrdlaw.com
                                            ksciarani@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

DATED:  October 12, 2017        KESSLER TOPAZ MELTZER & CHECK, LLP
ANDREW L. ZIVITZ
SHARAN NIRMUL
RICHARD A. RUSSO, JR.
MICHELLE M. NEWCOMER
JOSHUA E. D'ANCONA
JONATHAN NEUMANN


                  s/ SHARAN NIRMUL
                    SHARAN NIRMUL

280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
snirmul@ktmc.com
rrusso@ktmc.com
mnewcomer@ktmc.com
jdancona@ktmc.com
jneumann@ktmc.com

Co-Lead Counsel for Lead Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2017, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on October 12, 2017.

<div style="margin-left: 50%;">

s/ ANDREW J. BROWN
ANDREW J. BROWN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:   andrewb@rgrdlaw.com

</div>

1318178_1

## Mailing Information for a Case 1:09-cv-01989-PAC In re: Barclays Bank Plc Securities Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Yavar Bathaee**
  bathaeey@sullcrom.com,s&cmanagingclerk@sullcrom.com,yavar-bathaee-3335@ecf.pacerpro.com

- **David Harold Braff**
  braffd@sullcrom.com,s&cmanagingclerk@sullcrom.com,sullivan-admin-7680@ecf.pacerpro.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,susanw@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Joshua E. D'Ancona**
  jdancona@ktmc.com,dpotts@ktmc.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Scott D. Musoff**
  smusoff@skadden.com,michael.restey@skadden.com,aviva.nusbaum@skadden.com,adam.ludemann@skadden.com,emma.gardner@skadden.com

- **Jonathan Flexer Neumann**
  jneumann@ktmc.com

- **Michelle M. Newcomer**
  mnewcomer@ktmc.com,ahankins@ktmc.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sharan Nirmul**
  snirmul@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,mswift@ktmc.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Margaret E. Onasch**
  monasch@ktmc.com,dpotts@ktmc.com,mswift@ktmc.com

- **Russell David Paul**
  rpaul@bm.net,lbauer@bm.net

- **Matthew Alain Peller**
  pellerm@sullcrom.com,matthew-peller-4925@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard A Russo , Jr**
  rrusso@ktmc.com

- **Kevin S. Sciarani**
  ksciarani@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael Thomas Tomaino , Jr**
  tomainom@sullcrom.com,s&cmanagingclerk@sullcrom.com,michael-tomaino-8497@ecf.pacerpro.com,pierrej@sullcrom.com,katzmand@sulllcrom.com

- **Thomas Charles White**
  whitet@sullcrom.com,s&cmanagingclerk@sullcrom.com,thomas-white-7289@ecf.pacerpro.com

- **Andrew L Zivitz**
  azivitz@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine          J. Kowalewski
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

David              C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West  Broadway
Suite  1900
San Diego, CA 92101
```